# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABDUL HOWARD,

    *Plaintiff*,

vs.

SEDGWICK, *et al.*,

    *Defendants*.

Case No. 2:14-cv-00072-JAD-CWH

**O R D E R**

    Plaintiff, a federal detainee, has filed an application (Doc. 1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

    The pauper application submitted is incomplete. Both a financial certificate executed by an authorized institutional officer on the required form and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. The financial certificate was not fully completed, and plaintiff did not attach an inmate account statement for the prior six months.

    It does not appear from review of the allegations presented that a dismissal without prejudice of the present improperly-commenced action would lead to a promptly-filed new action being untimely or otherwise would cause other substantial prejudice. Plaintiff's allegations concern alleged events in December 2013.

    **IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (Doc. 1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with either a new, <u>complete</u> pauper application or payment of the $350.00 filing fee.

-2-

1  The Clerk of Court shall SEND plaintiff two copies each of the complaint and prisoner
2  pauper forms along with one copy of the instructions for the forms and of the papers that he
3  filed.

4  The Clerk shall enter final judgment accordingly, dismissing this action without
5  prejudice.

6  Dated:   January 17, 2014.

_____
JENNIFER A. DORSEY
United States District Judge